# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130238

CILLIA CHANEY,
      Plaintiff-Appellee,

v

WILLIAM WHYBARK,
      Defendant,

and

CITY OF FLINT,
      Defendant-Appellant.

SC: 130238
COA: 262526
Genesee CC: 03-076997-NI

_____/

On order of the Court, the application for leave to appeal the September 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

p0424